455 F.2d 1406
 Traubner
v.
Securities and Exchange Commission
 71-1850
 United States Court of Appeals Second Circuit
 Dec. 8, 1971
 
 1
 S.D.N.Y.
 
 
 2
 (The decision of the Court is referenced in a 'Table of Decisions Without Reported Opinions' appearing in the Federal Reporter. The Second Circuit provides by rule for disposition by summary order when a decision is unanimous and each judge believes that 'no jurisprudential purpose would be served by a written opinion.' Decisions without formal opinions 'shall not be cited or otherwise used in unrelated cases.' Second Circuit Rules, § 0.23, 28 U.S.C.A.)